COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, SBN 130584
Email: laura.inlow@cdiglaw.com
Lenore C. Kelly, SBN 170891
Email: lenore.kelly@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendants, COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND ROBERT G. LUNA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE LUIS PONCE, individually,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGLES, a public entity; SHERIFF ROBERT G. LUNA, individually; and DOE Deputies 1 through 10, individually<br><br>Defendants. | CASE NO.: 2:24-cv-1336-MCS-E<br>Hon.  Mark C. Scarsi<br><br>[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER<br><br>Action Filed: February 2, 2024<br>Trial Date: |

The Court, having considered the Stipulation for Protective Order, and the proposed evidence and categories of documents to be included therein, finds good cause appearing therefor, and approves the Stipulation.

It is so Ordered.

_____     Dated:  5/10/24
United States Magistrate Judge